IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DANIEL E. LEE, M.D. | ) ) ) | C/A No. 6:18-cv-01932 |
| Relator, | ) ) | |
| vs. | ) ) | **JOINT STATUS REPORT** |
| BON SECOURS ST. FRANCIS HEALTH SYSTEM, INC., et al. | ) ) ) | |
| Defendants. | ) ) ) | |

Relator Daniel E. Lee, M.D., and Defendants Bon Secours St. Francis Health System, Inc., Bon Secours Health System, Inc., Bon Secours Mercy Health, Inc., St. Francis Hospital, Inc., Bon Secours Medical Group, and St. Francis Physician Services, Inc. (collectively referred to as "the Bon Secours Defendants") hereby submit this Joint Status Report pursuant to the Court's April 4, 2023 Order. Since the parties' previous Joint Status Report, submitted to the Court on March 31, 2023, the parties have been in regular discussions with Government counsel and are negotiating final edits to the draft settlement agreement. The parties are awaiting final approval of the settlement from the Department of Justice, and Government counsel has informed the parties that they anticipate receiving final approval within approximately two (2) weeks. Thereafter, all parties (including the Government) will promptly notify the Court that the settlement has been consummated.

Respectfully submitted this 9th of May 2023.

*s/ James Lynn Werner*
James Lynn Werner (Fed. Bar No.: 1079)
PARKER POE ADAMS & BERNSTEIN LLP
1221 Main Street, Suite 1100
Columbia, South Carolina 29201
Telephone: (803) 253-8913
Email: jimwerner@parkerpoe.com

*s/ Bill Nettles*
Bill Nettles (Fed. Bar No.: 6586)
Fran Trapp (Fed Bar No. 6376)
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, South Carolina 29201
Telephone: (803) 814-2826
Email: Bill@billnettleslaw.com
Fran@billnettleslaw.com

| | |
|---|---|
| Michael A. Goldsticker (Fed. Bar No.: 1023452)<br>*(Admitted Pro Hac Vice)*<br>PARKER POE ADAMS & BERNSTEIN LLP<br>301 Fayetteville St.<br>Raleigh, NC 27601<br>Telephone: (919) 828-0564<br>Email: michaelgoldsticker@parkerpoe.com<br><br>Stephen G. Sozio<br>JONES DAY<br>*(Admitted Pro Hac Vice)*<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Phone: (216) 586-3939<br>Email: sgsozio@jonesday.com<br><br>Kristen Pollock McDonald<br>JONES DAY<br>*(Admitted Pro Hac Vice)*<br>1420 Peachtree Street, N.E. Suite 800<br>Atlanta, GA 30309<br>Phone: (404) 581-8498<br>Email: kmcdonald@jonesday.com<br><br>**Counsel for Bon Secours Defendants** | Bryan A. Vroon (GA Bar. No. 729086)<br>*(Admitted Pro Hac Vice)*<br>LAW OFFICES OF BRYAN VROON, LLC<br>1380 West Paces Ferry Road<br>Suite 2270<br>Atlanta, GA 30327<br>Telephone:  (404) 441-9806<br>Email:  bryanvroon@gmail.com<br><br>**Counsel for Relator Daniel E. Lee, M.D.** |